UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Richemont International S.A.

                Plaintiff,

v.                               Case No.: 1:25−cv−02322

                              Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified in Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's motion for an ex parte temporary restraining order, prejudgment asset restraint, and expedited discovery (Dkt. 9) is denied substantially for the reasons provided in the opinion denying similar requested relief in *Eicher Motors Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto*, F. Supp. 3d, 2025 WL 2299593 (N.D. Ill. Aug. 8, 2025). Plaintiff's motion to seal (Dkt. 4) is granted subject to later reconsideration; the documents provisionally filed under seal may remain under seal for the time being. The request for alternative service (Dkt. 9) and motion for leave to file excess pages (Dkt. 8) are granted. An in−person status hearing is set for 8/26/2025 at 11:30 a.m.; lead counsel must appear in person at the hearing, which will be stricken if Plaintiff elects to dismiss this action voluntarily. Plaintiff is invited to file a motion seeking certification of an interlocutory appeal of this ruling. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.