**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA,<br><br>Plaintiff,<br><br>v.<br><br>MPRAINBOW,<br><br>Defendant. | Case No. 25-cv-02322<br><br>Judge John F. Kness<br>Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND
FINAL DEFAULT JUDGMENT**

Plaintiff Richemont International SA respectfully moves this Honorable Court for entry of

an order of Default and final Default Judgment against the Defendant MPRAINBOW. Plaintiff

has concurrently filed a Memorandum of Law in support of this motion.

Dated: March 25, 2026                    Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
litigation@fleneriplaw.com

1